# UNITED STATES NAVY–MARINE CORPS COURT OF CRIMINAL APPEALS

_____

## No. 201600270

_____

## UNITED STATES OF AMERICA
Appellee

v.

## MATHEW M. HURTADO
Sergeant (E-5), United States Marine Corps
Appellant

_____

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge: Lieutenant Colonel Eugene H. Robinson, Jr., USMC.
For Appellant: Commander R.D. Evans, Jr., JAGC, USN.
For Appellee: Brian K. Keller, Esq.

_____

Decided 27 October 2016

_____

Before CAMPBELL, RUGH, and HUTCHISON, *Appellate Military Judges*

_____

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court



R.H. TROIDL
Clerk of Court